536 P.2d 1119

**STATE of Idaho, Plaintiff-Respondent,**

v.

**Vernon Joseph BOGAR, Defendant-Appellant.**

**No. 11547.**

Supreme Court of Idaho.

June 16, 1975.

536 P.2d 1119

**Lloyd PONSNESS, Plaintiff-Appellant,**

v.

**NEW YORK LIFE INSURANCE COMPANY, Defendant-Respondent.**

**No. 11573.**

Supreme Court of Idaho.

June 20, 1975.

William H. Mulberry, Coeur d'Alene, for defendant-appellant.

Wayne L. Kidwell, Atty. Gen., Boise, for plaintiff-respondent.

PER CURIAM.

This is an appeal from a judgment of conviction for the crime of grand larceny after appellant, Vernon Joseph Bogar, entered a plea of guilty. The basic issue on appeal is whether the guilty plea was entered voluntarily. The record discloses that at the time appellant entered his guilty plea, counsel was present and appellant was cognizant of the circumstances and consequences of his plea.[1]

Judgment affirmed.

Charles H. Kimball, Coeur d'Alene, for plaintiff-appellant.

Samuel Eismann, Coeur d'Alene, for defendant-respondent.

1. *See* State v. Turner, 95 Idaho 206, 506 P.2d 103 (1973).